IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMIAH G. INDIVIDUALLY AND ON BEHALF OF Z.B.,**<br>**Plaintiff,**<br><br>v.<br><br>**KHEPERA CHARTER SCHOOL, PEDRO RIVERA IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDCUATION FOR THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF EDUCATION AND THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF EDUCATION,**<br>**Defendants.** | CIVIL ACTION<br><br><br>NO. 18-886 |

# O R D E R

**AND NOW**, this 29th day of August, 2018, **IT IS ORDERED** that upon consideration of Plaintiff's Motion for Summary Judgment against Defendant Khepera Charter School ("Khepera") (ECF No. 17), Khepera's Response thereto (ECF No. 23), and Plaintiff's reply thereof (ECF No. 27) **IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that upon consideration of Plaintiff's Motion for Summary Judgment against PDE (ECF No. 16), and Plaintiff's Response thereto (ECF No. 24), PDE's Reply thereof (ECF No 26), as well as PDE's cross-motion for Summary Judgment (ECF Nos. 19 & 20), Plaintiff's Response thereto (ECF No. 22), PDE's Reply thereof (ECF No. 25), Plaintiff's Motion is **DENIED** and PDE's Motion is **GRANTED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**